IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES W. GOMEZ,

    Petitioner,                        JUDGMENT IN A CIVIL CASE

v.                                                  Case No. 18-cv-213-jdp

SCOTT ECKSTEIN,

    Respondent.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by James W. Gomez for lack of authorization as a second or successive application.

| /s/ | 10/9/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |